■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL DEFREITAS, Appellant. [942 NYS2d 816]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, an opinion and order of this Court dated August 14, 1995 (*People v DeFreitas*, 213 AD2d 96 [1995]), affirming a judgment of the County Court, Nassau County, rendered June 9, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Skelos and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GASKIN, Appellant. [942 NYS2d 883]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Hinrichs, J.), rendered January 21, 2011, convicting him of driving while intoxicated, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his waiver of his right to appeal forecloses appellate review of his challenge to the Supreme Court's denial of that branch of his omnibus motion which was to suppress his statements to law enforcement officials (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Brathwaite*, 263 AD2d 89, 91 [2000]; *see also People v Pena*, 73 AD3d 1216 [2010]; *People v DeAngelo*, 40 AD3d 656 [2007]; *People v Munford*, 37 AD3d 855 [2007]). Skelos, J.P., Florio, Eng and Roman, JJ., concur.